# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DANA A. DOYLE,**<br><br>Plaintiff,<br><br>v.<br><br>**MIDLAND CREDIT MANAGEMENT INC.,**<br><br>Defendant. | No. 14-cv-3893 (KM)(SCM)<br><br>**ORDER** |

### KEVIN MCNULTY, U.S.D.J.:

This matter comes before the Court on the Report and Recommendation ("R&R") (ECF No. 34) of the Honorable Steven C. Mannion, United States Magistrate Judge, recommending that that Dana A. Doyle's motion for attorney's fees and costs be granted in part and denied in part and that Ms. Doyle be awarded $11,594.38 in attorneys' fees and $515.00 in litigation costs, for a total award of $12,109.38; and no party having filed an objection to the R&R; and the Court having considered all the foregoing, reviewed *de novo* the Magistrate Judge's R&R; and the Court having decided the matter without oral argument pursuant to FED. R. CIV. P. 78; and for good cause shown:

**IT IS** this 12th day of January, 2018,

**ORDERED** that Judge Mannion's Report and Recommendation (ECF No. 34) is ADOPTED.

The Clerk shall close the file.

_____
**KEVIN MCNULTY**
**United States District Judge**